UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 25, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

  DANE CHRISTOFFER THOMPSON,

                Defendant.

Case No.  2:24-mj-00146-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release  DANE CHRISTOFFER
THOMPSON, Case No.  2:24-mj-00146-JDP, Charge 18 U.S.C. § 111(a)(1), from
custody for the following reasons:

       _____ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 25,000.00. _____

        X  Unsecured Appearance Bond $ 25,000.00. _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        (Other): The defendant is ordered to appear via Zoom before

        X  Magistrate Judge Matthew J. Sharbaugh in the District of Columbia

        _____ on December 5, 2024 at 9:30 a.m.(PST).

    Sacramento County Jail is further ORDERED to release the defendant with a

    X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 25, 2024 at 2:32 p.m.

                By: _____

                    Magistrate Judge Jeremy D. Peterson