## SPECIAL CONDITIONS OF RELEASE

Re: Dane C. Thompson
No.: 2:24-MJ-00146
Date: November 25, 2024

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California and the District of Columbia (for Court Purposes only) unless otherwise approved in advance by the pretrial services officer; **Stay away from DC unless for Court, or consultation with Pretrial Services or attorney visit; No travel outside of the continental United States without Court approval**;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must report any contact with law enforcement to your pretrial services officer within 24 hours;